| TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court):<br>5:17CR00181-001 |  |
|---|---|---|
|  | DOCKET NUMBER (Rec. Court):<br>3:18-00019 |  |
| NAME AND ADDRESS OF SUPERVISED PERSON:<br>**Angel-Juarez, Juan Daniel** | DISTRICT:<br>Southern District of Texas | DIVISION:<br>Laredo |
|  | NAME OF SENTENCING JUDGE:<br>Marina Garcia Marmolejo |  |
|  | DATES OF PROBATION/<br>SUPERVISED RELEASE — From: **10/18/2017** | To:<br>**10/17/2020** |

OFFENSE:

Conspiracy to transport and move and attempt to transport and move an undocumented alien within the Unites States by means of transportation and otherwise, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Southern District of Texas, Laredo Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Middle District of Tennessee/Nashville Division_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 4, 2018
Date

Marina Garcia Marmolejo
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Middle District of Tennesse, Nashville Division:

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/13/18
Effective Date

United States District Judge